IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>ROYCE PAXSON, JOLENE PAXSON, and FARMERS MUTUAL INSURANCE COMPANY,<br><br>    Defendants.<br><br>FARMERS UNION MUTUAL INSURANCE COMPANY,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>PAXSON BROTHERS, LLC d/b/a PAXSON FLOORING,<br><br>    Third-Party Defendants,<br><br>SARINA VENABLE as Guardian of KYLER VENABLE, a Minor,<br><br>    Intervenors. | CV 23-52-BLG-SPW<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

The United States Magistrate Judge Timothy Cavan filed Findings and

Recommendations on Plaintiff Scottsdale Insurance Company's Unopposed

1

Motion for Summary Judgment (Doc. 21). (Doc. 41). Judge Cavan recommended the Court grant Scottsdale's motion. (*Id.* at 2).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 41) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Plaintiff Scottsdale Insurance Company's Unopposed Motion for Summary Judgment (Doc. 21) is GRANTED.

The Clerk of Court is directed to enter judgment and close this matter.

DATED this 9th day of November, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge