UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | Case No. CV-23-52-BLG-SPW |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| ROYCE PAXSON, JOLENE PASSON, and FARMERS MUTUAL INSURANCE COMPANY, | |
| Defendants. | |
| FARMERS UNION MUTUAL INSURANCE COMPANY, Third-Party Plaintiff, vs. | |
| PAXSON BROTHERS, LLC d/b/a PAXSON FLOORING, Third-Party Defendants, | |
| SARINA VENABLE as Guardian of KYLER VENABLE, a Minor, Intervenors. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**      **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment is entered in favor of plaintiffs and against defendants as stated in the Court's Order E.C.F. 42 filed on 11/9/2023.

Dated this 9th day of November, 2023.

TYLER P. GILMAN, CLERK

By: /s/ E.Hamnes
E.Hamnes , Deputy Clerk